IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WAYNE DANIELS,

     Plaintiff,                    CASE NO. 6:22-cv-00540-WWB-DCI

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

     Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, including all claims against all parties, with each party to bear its own attorney fees and costs.

DATED:  September 22, 2022.

_____/s/ Gregory D. Swartwood_____
GREGORY D. SWARTWOOD, ESQ.
Florida Bar Number:  858625
gswartwood@nationlaw.com
THE NATION LAW FIRM, LLP
570 Crown Oak Centre Drive
Longwood, FL  32750
(407) 339-1104 Telephone
(407) 339-1118 Facsimile

Attorneys for Plaintiff

_____/s/ Wm. Jere Tolton, III_____
WM. JERE TOLTON, III, ESQUIRE
Florida Bar Number:  887943
jtolton@kilmerlaw.com
KILMER, VOORHEES & LAURICK, PC
2701 NW Vaughn Street, Suite 780
Portland, OR  97210
(503) 224-0055 Telephone
(503) 222-5290 Facsimile

Attorneys for Defendant
Unum Life Insurance Company of America